## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN THE BANKRUPTCY MATTER OF:

Rodney J. Hayes and Sharon T Hayes fka
Sharon Tyler

Debtors

Chapter 13 No.    14-40293

Judge    Jacqueline P. Cox

## NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on April 3, 2018, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

/s/ Ross T. Brand

### Certificate of Service

The undersigned certifies that he served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtors by depositing same in the United States mail at 150 N Michigan Ave., Chicago, Illinois 60601 at 5:00 p.m. on April 3, 2018 with proper postage prepaid and on the other listed parties via ECF notification.

/s/ Ross T. Brand
Ross T. Brand ARDC# 6294886

Kluever and Platt, LLC
150 N Michigan Ave., Suite 2600
Chicago, IL 60601
(312) 201-6670
Our File #: SPSB.1371

**SERVICE LIST**

Rodney J. Hayes and Sharon T Hayes fka Sharon Tyler
907 E. 92nd Place
Chicago, IL 60619

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Steve Miljus
The Semrad Law Firm, LLC
20 S Clark, 28th
Chicago, IL 60603